IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00400-BNB

JOSE VIZCARRA-HERNANDEZ,

Applicant,

v.

J. M. WILNER,

Respondent.

---

ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. See D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED April 2, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00400-BNB

Jose Vizcarra-Hernandez
Reg. No. 32063-013
FCI - Florence
PO Box 6000 - Unit Norwood A
Florence, CO 81226-6000

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/2/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk